IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JEROME TATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 C 218 |
| | ) | |
| CITY OF CHICAGO, | ) | Hon. Judge Coar |
| a municipal corporation, | ) | |
| JOHN DOE POLICE OFFICERS, | ) | Hon. Mag. Judge Cox |
| | ) | |
| Defendants. | ) | |

### RE-NOTICE OF MOTION

To:   Matthew Hurd
Deputy Corporation Counsel
30 N. LaSalle Street, Suite 1720
Chicago, Illinois 60601

**PLEASE TAKE NOTICE** that on January 22, 2008, at 9 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David H. Coar, or before other such judge sitting in his stead, in Courtroom 1419 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the Plaintiff's Motion to Compel, a copy of which is attached hereto.

### CERTIFICATE OF SERVICE

I, Richard Dvorak, the undersigned, do hereby swear and affirm that I served the aforementioned Notice and Motion to the above listed party by facsimile and by depositing same via U.S. mail, postage prepaid, to the above address, on January 17, 2008, before 4:30 p.m.

Respectfully Submitted,

/s/ Richard Dvorak

_____
Richard Dvorak,
One of the Attorneys for the Plaintiff.

Richard Dvorak
Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, IL 60623
(773) 521-1300 (phone)
(773) 521-4400 (fax)