IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JEROME TATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 C 218 |
| | ) | |
| CITY OF CHICAGO, | ) | Hon. Judge Coar |
| a municipal corporation, | ) | |
| JOHN DOE POLICE OFFICERS, | ) | Hon. Mag. Judge Cox |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To: All Counsel of Record (via electronic filing)

**PLEASE TAKE NOTICE** that I, the undersigned, on January 24, 2008, filed electronically with the Clerk of the above-captioned Court, the Plaintiff's First Amended Complaint, a copy of which is attached hereto and served upon you.

/s/Richard Dvorak
_____
Richard Dvorak

## CERTIFICATE OF SERVICE

The Plaintiff, by and through one of his attorneys, Richard Dvorak, hereby certifies that he served the Plaintiff's aforementioned pleading on all parties via the electronic filing system on January 24, 2008.

s/ Richard Dvorak
_____
Richard Dvorak