AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Jerome Tate, Plaintiff

CASE NUMBER: 08 C 218

V.

ASSIGNED JUDGE: Coar

City of Chicago, et. al., Defendants.

DESIGNATED MAGISTRATE JUDGE: Cox

TO: (Name and address of Defendant)

Louis Jones, Star Number 11648
Chicago Police Department
3510 S. Michigan Ave.
Chicago, IL 60615

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Dvorak, Toppel & Barrido
3859 W. 26th Street
Chicago, IL 60623

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

(By) DEPUTY CLERK

January 28, 2008
Date

AO 440  (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me (1) | DATE | 2/4/2008 |
| NAME OF SERVER (PRINT) Bautervies, Juan | TITLE | Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _____
   Chicago Police Dept
   3510 S. Michigan Ave
   Chicago IL 60653

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/4/08
            Date        Signature of Server

           3859 W. 26th st. Chicago, IL
            Address of Server
                                          60623

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.