# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 218 | **DATE** | 2/20/2008 |
| **CASE TITLE** | Tate vs. City of Chicago, et al | | |

**DOCKET ENTRY TEXT**

This matter came before the Court on 2/20/2008 for a Rule 16(b) Scheduling Conference and only the plaintiff's attorney appeared. Oral Motion to enter Clerk's default against the City of Chicago is Granted. Enter Clerk's Default against the City of Chicago. Rule 16(b) Scheduling Conference continued to 3/6/2008 at 9:00 a.m.
/s/David H. Coar
David H. Coar, U.S. District Judge

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | PAMF |
|---|---|---|