IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME TATE, | ) | |
| | ) | 08 C 0218 |
| Plaintiff, | ) | |
| | ) | Judge Coar |
| v. | ) | |
| | ) | Magistrate Judge Cox |
| CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | |
| LOUIS JONES, Star Number 11648, | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO: Richard J. Dvorak, Brian J. Barrido and Neil L. Toppel
3859 West 26th Street
Chicago, Illinois 60623
(773) 521-1300

    **PLEASE TAKE NOTICE** that I have filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **Defendant City of Chicago's Motion to Vacate Any and All Defaults and For An Extension of Time to Answer of Otherwise Plead to Plaintiff's Complaint**, a copy of which are hereby served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I will appear before the Honorable Judge David H. Coar, or before such other Judge sitting in his stead, in courtroom 1419, located at 219 S. Dearborn Street, on the **28th day of February, 2008, at 9:00 a.m.** or as soon thereafter as counsel may be heard and then and there present the attached motion.

    **DATED** at Chicago, Illinois on this 25th day of February, 2008.

    Respectfully submitted,
MARA S. GEORGES
Corporation Counsel of the
City of Chicago

Employment and Policy Litigation Division
30 North LaSalle Street, Suite 1020    By:  **s/ *Robert C. Rutherford, Jr.***
Chicago, Illinois 60602    ROBERT C. RUTHERFORD, Jr.
(312) 742-7036    Assistant Corporation Counsel