UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

Jerome Tate
                        Plaintiff,

v.                                                 Case No.: 1:08−cv−00218
                                                 Honorable David H. Coar

City of Chicago, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

      MINUTE entry before Judge David H. Coar :Motion hearing held on 2/28/2008 regarding # 22. MOTION by Defendant City of Chicago to vacate Any and All Defaults and For an Extension of Time to Answer of Otherwise Plead to Plaintiff's Complaint [22] is granted. Defendant to answer or plead on or before 3/20/2008. Rule 16(b) scheduled for 3/6/2008 is stricken. Rule 16(b) Scheduling Conference is reset for 3/31/2008 at 09:00 A.M.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.