IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| JEROME TATE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 C 218 |
| | ) | |
| CITY OF CHICAGO, et. al., | ) | Hon. Judge Coar |
| | ) | Hon. Mag. Judge Cox |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on March 31, 2008, at 9 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge David H. Coar, or before other such judge sitting in his stead, in Courtroom 1419 of the Dirksen Federal Building, Chicago, Illinois, and then and there present the **Plaintiff's Agreed Motion For Enlargement of Time To File Report of Parties Planning Conference and Proposed Scheduling Order**, a copy of which is attached hereto.

## CERTIFICATE OF FILING & SERVICE

I, the undersigned attorney, do hereby swear and affirm that I filed a copy of the above mentioned Motion with the Clerk of the above captioned Court via the ECF filing system via electronic means which will cause notice of said Motion to be served on all counsel of record on March 25, 2008, before 4:30 p.m.

Respectfully Submitted,

/s/ Neil Toppel
_____
One of the Attorneys for the Plaintiff.