IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME TATE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 218 |
| vs. | ) | |
| | ) | Hon. Judge Coar |
| CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | Hon. Mag. Judge Cox |
| LOUIS JONES, Star Number 11648 | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS DEFENSE COUNSEL

Defendant, Louis Jones, by one of his attorneys, Avi T. Kamionski respectfully requests this Honorable Court to allow Avi T. Kamionski to withdraw his appearance of counsel. In support thereof, defendant states as follows:

1. The undersigned has resigned his position as Assistant Corporation Counsel in the City of Chicago's Law Department and will be leaving the law department on April 4, 2008 and joining the law firm of Andrew M. Hale & Associates.

2. Defendant is also currently represented by Assistant Corporation Counsel Christopher Wallace, who will be lead counsel on this case.

3. This motion is not intended to cause delay to this proceeding or prejudice any party.

WHEREFORE, defendant respectfully requests this Court allow Avi T. Kamionski to withdraw his appearance.

Respectfully submitted,

  /s/ Avi T. Kamionski  
AVI T. KAMIONSKI

30 N. LaSalle
Suite 1400
Chicago, IL 60602
312.744.0747
Attorney No. 06283191