IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME TATE, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 218 |
| vs. | ) | |
| | ) | Hon. Judge Coar |
| CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | Hon. Mag. Judge Cox |
| LOUIS JONES, Star Number 11648 | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Neil Toppel
     Dvorak & Toppel
     3859 W. 26th Street
     Chicago, IL 60623

    **PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **MOTION TO WITHDRAW AS DEFENSE COUNSEL** copies of which are attached.

    **PLEASE TAKE FURTHER NOTICE** that I have requested to appear before the Honorable Judge Coar, or before such other Judge sitting in his place or stead, on the 31st day of March, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard and then and there present the attached Motion.

    **DATED** at Chicago, Illinois this 26th day of March, 2008.

                                   Respectfully submitted,


                                   __/s/ Avi T. Kamionski____
                                   AVI T. KAMIONSKI
                                   Assistant Corporation Counsel

30 N. LaSalle
Suite 1400
Chicago, IL 60602
312.744.0747
Attorney No. 06283191

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the above and foregoing **MOTION TO WITHDRAW AS DEFENSE COUNSEL** to be electronically filed pursuant to the rules governing the electronic filing of documents and sent via electronic filing to those who have an appearance on file in this case on March 26, 2008.

/s/ Avi T Kamionski

30 North LaSalle Street
Suite 1400
Chicago, Illinois 60602
(312) 744-0747
Atty. No. 06283191

AVI T. KAMIONSKI
Attorney for Defendants