UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jerome Tate
                Plaintiff,

v.                                            Case No.: 1:08–cv–00218
                                            Honorable David H. Coar

City of Chicago, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, March 31, 2008:

        MINUTE entry before Judge Honorable David H. Coar:Rule 16(b) Scheduling Conference held on 3/31/2008. All disclosures required by Rule 26(a)(1) shall be made on or before 5/1/2008. Discovery is ordered closed on 10/30/2008. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before 11/30/2008. The parties may depose the other side' s expert at any time prior to 12/31/2008. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)( c) at any time prior to 1/31/2009. The parties may depose the opposing party's rebuttal expert by 2/28/2009. Dispositive motions with supporting memoranda due by 12/1/2008 (all motions are to be in accordance to and noticed for a date certain pursuant to Local Rule 5.3(b)). Discovery materials are not to be filed with the Court pursuant to N.D. Ill. Local Rule 26.3 (discovery "shall not be filed with the court"). Final Pretrial Order due by 4/1/2009. Final Pretrial Conference set for 4/10/2009 at 10:30 AM., Jury Trial set for 4/20/2009 at 10:00 AM. The parties are directed to review this Court's standing orders. Copies are available in chambers or through the Court's web page. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.