

## Rule 16b Planning Conference Report Format

### United States District Court
#### For The Northern District of Illinois
#### Eastern Division

FILED

MAR 3 1 2008
Mar 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff

Jerome Tate

-v-

City of chicago etal

Defendant s

Case Number: 08 C 218

Judge: Coar

### REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this court's order, Neal Toppel representing plaintiff(s), and Robert Rutherford

representing the defendant(s), met on 3/3/08 pursuant to Rule 26(f) to discuss:

(1) the nature and basis of their claims and defenses;

(2) the possibilities for a prompt settlement or resolution of this case;

(3) to make or arrange for the disclosures required under Rule 26(a)(1); and

(4) to develop a discovery plan.

To that end, the parties propose the following:

A. The issues in this case may be simplified by taking the following steps:

1. Entry of protective order covering Plaintiffs medical records.

2. Entry of protective ord. covering OPS CR.

3.

4.

5.

B. The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

1.

2.

3.

4.

5.

C. Discovery will be needed on the following subjects:

1. Excessive force

2. City Policy + Procedures on investigation + discipline of excessive force

3. Plaintiffs medical condition + treatment

4.

5.

D. Discovery (should)/should not be conducted in phases.

Bifurcate Monell discovery/

E. Discovery is likely to be contentious and management of discovery should be referred to the Magistrate Judge. Yes_____ No ✓

F. The parties consent/(do not consent) to this matter being referred to the Magistrate Judge for final disposition.

G. The parties have discussed the possibility of alternative dispute resolution and concluded:

Not at this time.

H. The parties have discussed a prompt settlement or other resolution of this matter. The plaintiff has made a written demand of $ None at this time; and the defendant has offered $ None at this time.

I. The Court should consider the following methods of expediting the resolution of this matter:



_____
Attorney for Plaintiff

_____
Attorney for Defendant