Jerome Tate
v.
City of Chicago et al.,

08C218

**FORM**

[ADD: CASE HEADING]

hon Judge Coar,

**PROPOSED SCHEDULING ORDER**

FILED

MAR 31 2008
Mar 31, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1. **Discovery**

   The following time limits and deadlines shall be applicable.

   A. All disclosures required by Rule 26(a)(1) shall be made on or before __5/1/08__.

   B. Any amendments to pleadings or actions to join other parties shall be filed on or before __N/A__.

   (It is recommended that any joinder or amendments be made early in the discovery process so as to avoid the need to prolong discovery as to new parties or new issues.)

   C. The cutoff of fact discovery is __10/30/08__.

   D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before __11/30/08__.

   E. The parties may depose the other side's expert at any time prior to __12/31/08__.

   F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) at any time prior to __1/31/09__.

   G. The parties shall have until __2/28/09__ to depose the opposing party's rebuttal expert.

2. **Motions**

   Any dispositive motions to be filed on or before __11/1/08__. (Ordinarily this date will be 30 days following the close of fact discovery.)

3. **Final Pretrial Order and Conference**

   The final pretrial order shall be filed on or before 4/1/09.
   (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

   The final pretrial conference will be held on
   4/10/09 at 10:30 a.m. (This date and time will be set by the
   Court at the Rule 16 conference.)

4. **Trial**

   Trial is set in this matter on 4/30/09
   at 10:00 a.m. (The trial date will be set by the
   Court at the Rule 16 conference.)

5. **Status Hearings**

   A further status hearing/preliminary pretrial conference should be held

   on ~~_____~~.

```
Judge Coar
Format revised:   3/15/1999
```

3. **Final Pretrial Order and Conference**

   The final pretrial order shall be filed on or before  4/1/09  .
   (Ordinarily this date will be 90 days after the deadline for dispositive motions.)

   The final pretrial conference will be held on
   4/10/09  at  10:30 a.m.  (This date and time will be set by the
   Court at the Rule 16 conference.)

4. **Trial**

   Trial is set in this matter on  4/30/09
   at 10:00 a.m.  (The trial date will be set by the
   Court at the Rule 16 conference.)

5. **Status Hearings**

   A further status hearing/preliminary pretrial conference should be held

   on ~~_____~~.

```
Judge Coar
Format revised:   3/15/1999
```