UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME TATE, | ) | |
| | ) | 08 C 0218 |
| Plaintiff, | ) | |
| | ) | Judge Coar |
| v. | ) | |
| | ) | Magistrate Judge Cox |
| CITY OF CHICAGO, | ) | |
| a municipal corporation, | ) | |
| LOUIS JONES, Star Number 11648, | ) | JURY DEMANDED |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

To: Richard J. Dvorak, Brian J. Barrido and Neil L. Toppel
3859 West 26th Street
Chicago, Illinois 60623
(773) 521-1300

    **PLEASE TAKE NOTICE** that on May 28, 2008, the City of Chicago, filed its **Motion to Withdraw Appearance of Robert C. Rutherford, Jr.** with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is served upon you.

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge David H. Coar, or before such other Judge sitting in his stead, in courtroom 1419, located at 219 S. Dearborn Street, on **Wednesday, June 4, 2008 at 9:00 a.m.,** or as soon thereafter as counsel may be heard, and present the attached motion.

    I hereby certify that I have served this notice and the attached document by electronic means to the persons named above at the addresses shown this 28th day of May, 2008.

                                                                  Respectfully submitted,
                                                                 MARA S. GEORGES
                                                                  Corporation Counsel of the
                                                                  City of Chicago

Employment Litigation
30 North LaSalle Street, Suite 1020        By:    *s/ Robert C. Rutherford, Jr.*
Chicago, Illinois 60602                                        ROBERT C. RUTHERFORD, Jr.
(312) 742-7036                                                  Assistant Corporation Counsel