UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Jerome Tate
                    Plaintiff,
v.                                          Case No.: 1:08−cv−00218
                                            Honorable David H. Coar
City of Chicago, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

    MINUTE entry before the Honorable David H. Coar:MOTION by Rutherford, Robert, counsel for Defendant City of Chicago to withdraw as attorney [38] is granted. Attorney Robert Charles Rutherford terminated as one of the attorneys for defendant City of Chicago. Parties need not appear on the noticed motion date of 6/4/2008.Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.