UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEROME TATE, | ) | |
| | ) | |
| Plaintiff, | ) | Judge David H. Coar |
| | ) | |
| | ) | |
| | ) | Magistrate Judge Cox |
| v. | ) | |
| | ) | |
| CITY OF CHICAGO, a municipal corporation,   LOUIS JONES, Star Number 11648, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Coar, or before such other Judge sitting in his place or stead, on the 17th day of July, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 9th day of July, 2008.

                                                MARA S. GEORGES
                                                CORPORATION COUNSEL
                                                CITY OF CHICAGO

                                 BY:    **/s/ Ashley C. Kosztya**
                                                 ASHLEY C. KOSZTYA
                                                 Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-6922
Attorney No. 6274884

## CERTIFICATE OF SERVICE

I hereby certify that I have caused this **NOTICE OF MOTION** and **DEFENDANTS' MOTION FOR ENTRY OF A PROTECTIVE ORDER** to be served electronically upon represented parties via the CM/ECF electronic filing system this 9th day of July, 2008.

                                                 **/s/ Ashley C. Kosztya**
                                               ASHLEY C. KOSZTYA