# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 218 | **DATE** | 7/17/2008 |
| **CASE TITLE** | TATE vs. CITY OF CHICAGO, ET AL | | |

**DOCKET ENTRY TEXT**

MOTION by Defendants Louis Jones, City of Chicago for protective order [41] is granted. The parties are advised to adhere and follow Local Rule 5.8 when filing documents under seal pursuant to this restricting/protective order. Further, Local Rule 26.2 (and in particular 26.2(e)) shall apply unless otherwise ordered by this Court. Absent a motion from a party, sealed documents will be placed in the public record after closing of the case as stated in L.R.26.2(e). Enter Stipulated Protective Order.

■ [ For further detail see separate order(s).]

00:05

Courtroom Deputy Initials: TP

2008 JUL 22 PH 2:08

FILED